UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN HERRERA, ET AL., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>DANIEL SANCHEZ, ET AL., <br><br>　　　　　Defendants. | No. 1:17-cv-01303-LJO-MJS <br><br>**ORDER SETTING SETTLEMENT CONFERENCE FOR MARCH 2, 2018** |

　　Based on the parties' Stipulation and waiver of objections to the assigned Magistrate Judge presiding over a Settlement Conference, and good cause appearing therefor, the Court hereby orders the parties to appear before Magistrate Judge Michael J. Seng for a settlement conference on March 2, 2018 at 10:30 a.m. in Courtroom 6 of the Robert E. Coyle Courthouse in Fresno. The parties shall comply with the terms of the Minute Order at ECF No. 20 in connection with preparation for and participation in the Settlement Conference.

IT IS SO ORDERED.

　　Dated: February 14, 2018 　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1