BRANCART & BRANCART
 Christopher Brancart (SBN (128475)
 cbrancart @brancart.com
 Liza Cristol-Deman (SBN 190516)
 lcristoldeman@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel: 650-879-0141

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN HERRERA, LOUIS HERRERA, and FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL SANCHEZ, CORPORATION FOR BETTER HOUSING, et al.,<br><br>Defendants. | No. 1:17-cv-01303-LJO-EGP<br><br>**JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO SETTLEMENT AGREEMENT; ORDER** |

The parties hereby apply for and stipulate to issuance of an order dismissing this action pursuant to the recent settlement agreement entered by the parties. The parties request that the

//
//
//
//
//
//
//
//

1

Court retain jurisdiction for the purposes of enforcement only. A proposed order of dismissal follows, and is also emailed to the Court, pursuant to Local Rule 137(b).

So stipulated.

Dated: November 30, 2018

    Respectfully submitted,
BRANCART & BRANCART

*/s/ Liza Cristol-Deman*
Attorney for Plaintiffs

WARNE LAW FIRM, A PROFESSIONAL CORPORATION

*/s/ Christopher Warne*
Attorney for Defendants
*consent to sign given on Dec. 3, 2018*

**PROPOSED ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties, and good cause appearing therefor, this case is hereby dismissed with prejudice. The Court retains jurisdiction for the purpose of enforcing the terms of the Settlement Agreement entered by the parties.

IT IS SO ORDERED.

Dated: **December 10, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE